United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 25, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-51409
Summary Calendar

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DAWN MARIE COBB, KENNETH RYAN HAMANN

Defendants - Appellants

---------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:04-CR-141-2
---------------------

Before KING, WIENER and DeMOSS, Circuit Judges.

PER CURIAM:[*]

A jury found that Dawn Marie Cobb and Kenneth Ryan Hamann,

aided and abetted by each other, possessed equipment, chemicals,

products and materials used to manufacture methamphetamine and

opened, used, and maintained a place for the purpose of

manufacturing, distributing, and using methamphetamine.  A jury

also found that Harmann attempted to manufacture methamphetamine.

Both Cobb and Harmann challenge the sufficiency of the evidence

supporting their convictions, having adequately preserved their

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

challenge in district court.  See <u>United States v. Resio-Trejo</u>, 45 F.3d 907, 911 n.6 (5th Cir. 1995)

Viewing the evidence produced at trial in the light most favorable to the verdict, a reasonable trier of fact could have found that the evidence established beyond a reasonable doubt Cobb's and Hamann's guilt as to each of the charged offenses. <u>See</u> <u>United States v. Villarreal</u>, 324 F.3d 319, 322 (5th Cir. 2003).  Accordingly, the judgment of the district court is AFFIRMED.